*Mr. Edmond G. Toomey,* for Relator.

No. 8478. STATE ex Rel. MARY F. CROGHAN, Relatrix, v. DISTRICT COURT and HON. C. E. COMER, Judge thereof, Respondents.

Decided November 23, 1943.

PER CURIAM.—The writ prayed for is denied.

*Messrs. H. O. Vralsted* and *William F. Shallenberger,* for Relatrix.